Julio TAPIA; Edith Tapia,
Plaintiffs–Appellants,

v.

U.S. BANK, N.A., as trustee for RFMSI
2006S3; RFMSI Series 2006–S3 Trust;
Homecomings Financial LLC; GMAC
Mortgage LLC; Countrywide Home
Loans, Incorporated; Bank of Amer-
ica, NA; Ltd Financial Services;
United Guaranty Residential Insur-
ance Company of North Carolina;
Residential Funding Company, LLC;
Mortgage Electronic Registration
System, Incorporated; Samuel I.
White, P.C.; John & Jane Doe Certifi-
cate Holders of RFMSI, Mortgage
Backed Certificates, I–M; Jack & Jill
Certificate Holders, I–M; Qui & Chi
Doe, Associations, Corporations and
Entities, I–M, Defendants–Appellees,

and

First Savings Mortgage Corporation;
Larry F. Pratt, Defendants.

No. 10–1856.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 28, 2011.

Decided: Aug. 1, 2011.

Christopher E. Brown, R. Michael
Smith, Brown, Brown & Brown, P.C., Al-
exandria, Virginia, for Appellants. John
C. Lynch, Troutman Sanders, LLP, Virgi-
nia Beach, Virginia, Jon S. Hubbard,
Troutman Sanders, LLP, Richmond, Virgi-
nia; W. Paul Childress, III, Harry Marge-
rum Johnson, III, Hunton & Williams,
LLP, Richmond, Virginia, for Appellees.

Before WILKINSON, KEENAN, and
DIAZ, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Julio and Edith Tapia appeal from the
district court's final judgment entered af-
ter the district court granted Defendants'
Fed.R.Civ.P. 12(b)(6) motions to dismiss
Plaintiffs' state law claims for declaratory
judgment, breach of fiduciary duty, and
quiet title, as well as their claim under the
Fair Debt Collection Practices Act, 15
U.S.C.A. §§ 1692–1692p (West 2009 &
Supp.2011). We have reviewed the record
and find no reversible error. Accordingly,
we affirm the district court's final judg-
ment. *See Tapia v. U.S. Bank, N.A.,* No.
1:09–cv–01025–GBL–JFA (E.D. Va. filed
June 30, 2010; entered July 1, 2010); *see
also Horvath v. Bank of N.Y., N.A.,* 641
F.3d 617 (4th Cir.2011). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*